

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **2:19-mJ-03145** |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| James Roman Gonzalez-Becerra | ) | Probation/Supervised Release |
| | ) | Conditions) |
| Defendant. | ) | |
| | ) | |

On arrest warrant issued by the United States District Court for

the **District of Arizona** involving alleged violations of

conditions of probation/supervised release:

1.  The court finds that no condition or combination of

    conditions will reasonably assure:

    A.   ( ✓ ) the appearance of defendant as required; and/or

    B.   ( ✓ ) the safety of any person or the community.

///

///

///

///

///

2. The Court concludes:

A. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: 8/1/19

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2